**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**DANNY TREY CROSSLAND #785923** — **CASE NO. 2:25-CV-00758 SEC P**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**BRAD CONN ET AL** — **MAGISTRATE JUDGE LEBLANC**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel (Doc. 12) is **DENIED** as **MOOT.**

**THUS DONE AND SIGNED** in chambers this 25th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**